UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

JOSE LUIS RIZO REYES

    Petitioner,

v.                                                              No. 6:26-CV-006-H

MARKAWYNE MULLIN, et al.,[1]

    Respondents.

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 15. The joint stipulation states that Jose Luis Rizo Reyes "has been removed from the United States." Dkt. No. 15 at 1. The joint stipulation is approved in part. Rizo Reyes's petition for a writ of habeas corpus (Dkt. No. 1) is denied as moot and without prejudice. The Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on May 12, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

[1] Markwayne Mullin replaced Kristi Noem as Secretary of Homeland Security on March 26, 2026. Thus, he is automatically substituted as a party to this action. *See* Fed. R. Civ. P. 25(d).